# LESCHAK & ASSOCIATES LLC

John Leschak, Esq.*  
Mary Srafen, Esq.**  
Charlotte Scanniello, Esq.**  
Francisco Joubert, Esq.***

Office: (732) 333-0806  
Fax: (866) 888-6345  
Fax: (732) 333-0900

64 East Main Street  
Front BLDG  
Freehold, NJ 07728

*Admitted in NY & NJ  
**Admitted in NJ  
***Admitted in PR

December 22, 2025

Honorable Judge Julien Xavier Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
2 Federal Square
Newark, NJ 07102                                                                                    *Via ECF*

   RE: **Cleofas-Pedro v. Soto, et al., No. 2:25-cv-18257-JXN**

Dear Hon. Judge Neals:

  On December 9, 2025, the Court ordered Respondents to reply to the habeas petition by tomorrow, December 23. However, on December 18, 2025, I spoke with Respondents' counsel, Mr. Andrew Boccio, and a result of our conversation, we agreed that Petitioner would be filing an amended Habeas petition. Therefore, undersigned counsel submits this letter respectfully requesting a 14-day extension to file an amended petition. This request is being made with the consent of Mr. Boccio, and I likewise consent to give Mr. Boccio 14 days to reply to our amended petition. Thank you for your prompt and courteous attention to this matter.

                  Respectfully submitted,
                  */s John Peter Leschak*
                  John Peter Leschak, Esq.
                  Leschak & Associates, LLC
                  64 East Main Street
                  Freehold, NJ 07728
                  Attorney for Petitioner

**So ORDERED on 12/23/2025:**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

## CERTIFICATE OF SERVICE

        I hereby certify that on December 22, 2025, I filed the foregoing Letter to Court, and any and all exhibits and attachments thereto with the Clerk of the Court through the Court's ECF system and with Respondent(s) via ECF on their counsel, and I further certify that all parties to this matter are registered CM/ECF users and will be served by the CM/ECF system.

Dated: December 22, 2025                            Respectfully submitted,

                                                                    */s/ John P. Leschak*
                                                                      John P. Leschak, Esq.
                                                                      N.J. Bar No. 03113 – 2010
                                                                      Civil ID No. JL8921
                                                                      LESCHAK & ASSOCIATES, LLC
                                                                      64 East Main Street FRONT BLDG
                                                                      Freehold, NJ 07728
                                                                      P (732) 333-0806
                                                                      F (732) 333-0900
                                                                      john@justice4nj.com
                                                                      Attorney for Petitioner